1
2
3
4
5

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CARMEN ADAME, ) | CV F 04-6625 AWI SMS |
| ) Plaintiff ) | ORDER ADOPTING REPORT AND RECOMMENDATION |
| v. ) | AND DISMISSING ACTION |
| ) UNITED STATES OF AMERICA, ) | |
| ) Defendants ) | |
| _____) | |

Plaintiff is proceeding in this civil action pro se.  Certain matters have been referred to United States Magistrate Judge Dennis L. Beth pursuant to 28 U.S.C. § 636(b) and Local Rule 72-302.  When Plaintiff did not appear at hearings before Magistrate Judge Beck, on February 11, 2004, Magistrate Judge Beck ordered Plaintiff to show cause why this action should not be dismissed.  Magistrate Judge Beck ordered Plaintiff to appear at a hearing on March 4, 2005 and file a written response to the order to show cause by February 25, 2005.   Plaintiff did not comply with Magistrate Judge Beck's order and did not appear at any hearings.

On March 15, 2005, Magistrate Judge Beck filed a Report and Recommendation, recommending that the action be dismissed for Plaintiff's failure to prosecute and obey the court's orders.  The Report and Recommendation was served on Plaintiff and contained notice that any objections to the Report and Recommendation were to be filed within thirty days. Plaintiff did not file objections.

1 | In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C), this court has conducted a
2 | de novo review of this case.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454
3 | (9th Cir. 1983).  Having reviewed the file, the court adopts the recommendation that the action
4 | be dismissed.  The court cannot manage its docket if it maintains cases in which a plaintiff fails
5 | to comply with court orders and appear at hearings.  The public's interest in the expeditious
6 | resolution of litigation weighs heavily in favor of dismissal of such cases so that the court's
7 | limited resources may be spent on cases in which the litigant is actually proceeding.  Public
8 | policy favoring disposition of cases on their merits also has little or no weight in actions where
9 | the plaintiff lacks enough of an interest to follow court orders.  The availability of less drastic
10 | sanctions has been considered, but given Plaintiff refuses to respond to court orders, the court has
11 | no effective sanction but to close the case.
12 | Accordingly, IT IS HEREBY ORDERED that:
13 | 1.  The Report and Recommendation filed on March 15, 2005 is ADOPTED;
14 | 2.  This action is DISMISSED for Plaintiff's failure to prosecute and obey the court's orders;
15 |     and
16 | 3.  The Clerk of the Court is DIRECTED to enter judgment for Defendant.

IT IS SO ORDERED.

**Dated:**   **April 20, 2005**              /s/ Anthony W. Ishii
0m8i78                                 UNITED STATES DISTRICT JUDGE